PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
F I L E D

DEC 1 3 2019

David J. Bradley, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___SOUTHERN___ DISTRICT OF TEXAS
___HOUSTON___ DIVISION

ROBERT EDWARD RICHARDSON # 468111,pro se
_____
Plaintiff's Name and ID Number
A.Hughes Unit,Rt.2 Box 4400
Gatesville,TX 76597
_____

Place of Confinement

CASE NO. **4:19-cv-4913**
_____
(Clerk will assign the number)

v.
LORIE DAVIS,TDCJ-ID,Director
P.O.Box 99,Huntsville,TX 77320
_____
Defendant's Name and Address
Official and Individually Capacities
_____

Defendant's Name and Address

United States Courts
Southern District of Texas
F I L E D

DEC 1 3 2019

David J. Bradley, Clerk of Court

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly  handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."     *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YESxxxxNO xx

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

II.     PLACE OF PRESENT CONFINEMENT: A.Hughes Unit

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     xxxYES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert E.Richardson #468111

　　　　　　　　　　Rt.2 Box 4400

　　　　　　　　　　Gatesville,TX 76597

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lorie Davis,TDCJ Director, P.O.Box 99, Huntsville,Texas 77320

　　　　　　　　Individually and in Official Capacities

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Inforceing policies that violate my human and religious rights

Defendant #2: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal argument or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Ms.lorie Davis,TDCJ Director is enforceing policies  that violates my religious rights and inflicting Cruel and unusual punishment against me.

Claims; 1.)By not allowing me to grow my hair long as requires my Native American(NA) /shamanic religion calls for.Read #1 on pg.6.

  2.)By not allowing me to wear my headgear(Leather Headband)any where,anytime like other religions are allowed to do(see pg.#B.,pg.3)

  3.)By not allowing me to wear my neckwear(Medicine Bag)anywhere anytime,see pg.6.

  4.)by not allowing me to obtain,retain Sacred Lakota Sweat Lodge Medicine Cards For Divinational usage which all shamans have somekind of divinational tool they use..

  5.)by not allowing me to obtain,retain a small Dream Catcher,~~~~~~~~~ See #D.,pg.10,11.

  6.)By keeping me within a Administrative Segregation/CMI-SH envirerment,see pg.6

## VI. RELIEF: State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite not cases or statutes.

_____  (See page 7 attached)  _____

_____

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

WhiteOwl,Professor,Chainsaw,Bryan richardson

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

410988, 435455

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES xxxxNO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed.  (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____

2. Case Number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: **11-17-19**
      DATE

           Robert E. Richardson #468111
            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   **17TH**   day of   **NOV**  , 20 **19** .
      (Day)       (month)      (year)

           Robert E. Richardson #468111
            (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

1.)The reason NA/shamanic religion calls for a person to keep their hair uncut and grown
long is apond our death we will meet up with our dead ancestors and if we don't have
long hair they will reject us and not allow us to be with them because they will not
reconize us.Also because no one knows when they will die,we should never cut our hair.
Here on my A.Hughes TDCJ Unit there is an inmate that is allowed to grow his hair long
(Terry White #593526)because he won his law suit against TDCJ.If he can where his hair
long I too should be allowed to grow my hair long too.

2.)Shamans should be able to wear their headbands(  headgear) anywhere,any time because its
a reminder of the Sacred Hoop of all creations.Also other religions within TDCJ are now
allowed to wear their Headgear anywhere any time(See #B,pg.3)Its also points out that
its not mandatory for them to where their headgear anywhere anytime.I should be given
this same kind of treatment..

3.)Shamans are attched to the Sacred Items that are within their Medicine Bag(Neckgear)
and sometimes they could be at a place and feel the need to pull out a certain Sacred
item and use it,thus is why they wear their Medicine bag all the time no matter where
they are at,Look on grievance Step II on pg.#C,14 pg,thats my grandmother who is just
paying a visit with my mom,she's a Cherokee Shaman and was my teacher.Not only do we
wear our bags all the time but it should be warn outside the cloths,Its a symbol of
a medicine person,just like preast where the small white Square on their collors,plus
the oil and sweat from the skin can slowly  damage the bag..

6.)TDCJ has kept me within Admin.Seg for something I did almost 20 yrs ago,My current
behavior for almost 15 yrs now is outstanding,no disciplinary cases, I have demonstrates
that I'm no longer a threat to myself nor to the functions of TDCJ or anyone else.TDCJ
has tricked me into gettting into a program that mirrors Admin.Seg in order to deceive
the courts and public into thinking they are doing something other than Admin.Seg.See
Declaration on #E ,pg. 7 .

VI.Relief:

1.)to grant my injunction and TRO

2.)To be allowed to grow my hair long and not be forced to cut it.

3.)To be able to wear my religious Headgear(Leather Headband)anywhere,anytime within TDCJ.

4.)To allow me to wear my Medicine Bag outside of my cloths anywhere,anytime within TDCJ.

5.)To be allowed to obtain Sacred Medicine cards.

6.)To be allowed to obtain a NA Dreamcatcher.

7.)To let me out of Administrative Segregation/Chronically Mentally Ill-Sheltered Housing(CMI-SH)

8.)To award nominal damages of $350.oo for court filing fee.

~~To award nominal damages of $1,ooo dollars or $1,000,000 RICO man get everyday becanse they cause~~
~~violation against my they have violation my rights..~~

9.)Compensatory damages of $1,ooo per year I've wrongfully been kept in Admin.Seg which I feel is 10 years.inwhich caused greator mental illness to me..

10.)Punitive damages as the Judge see's fit for TDCJ for the past 10 yrs been using Administrative Segregation as punishment and retailation because it was a warden that got hurt back in 2000.They have knowenly been doing this kind of actions..

Your Honorable Judge,

Sir/Ma'am,Please accept my upmost respects,I wish to ask you to please over look any thing I may not have done as to bring my complaint to you.I know almost zero about the law.I would not even understand the verdict of this case,nor do I know what to do after submitting my complaint,I'm MHMR and really do need assistance to have a fair shot in court because I can't take on professionals.But I can use common sense arguments.I Greatfully do appreciate your most valuable time and asssistance in this case. GodBless!!

In Peace,

11-11-19   Robert E.Richardson #468111

Robert E.Richardson #468111
A.Hughes Unit
Rt. 2 Box 4400
Gatesville,TX 76597

United States Courts
Southern District of Texas
FILED

DEC 13 2019

David J. Bradley, Clerk of Court

District Clerk,

   You will find enclosed a original(#A)and a copy(#B) of a 1983 complaint,along with a
In Forma Pauperis form along with my past 6 monthly trust fund history.Please submitt all
this for me please,I don't know if I'm surpose to ask but please send what ever paper work
to the defendant.Can you also provide me with a cause number to my case??Thank you for your
valuable time and assistance and if I've done something wrong please tell me...

                                        In Peace,


                                        robert E.Richardson#468111      Date    11-17-19



"HAIR"

# GRIEVANCES

ENDEX

A. HAIR

B. HEADBAND/HEADGEAR

C. MEDICINE BAG / NECKWEAR

D. TDCJ REQUEST FOR RELIGIOUS ACCOMMODATION(HQ-150)

E. STATE CLASSIFICATION COMMITTEE(SCC)

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2019110913

Date Received: 04-19-19

Date Due: 5.29.19

Grievance Code: 102

Investigator ID #: I 2133

Extension Date: _____

Date Retd to Offender: MAY 3 0 2019

Offender Name: Richardson, Robert   TDCJ # 468111

Unit: AH   Housing Assignment: 12- D - 41

Unit where incident occurred: AH

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. *I ASKED FOR AN EXEMPTION PASS*

Who did you talk to (name, title)? I sent an I-60 to Mr.Warden C.Akwitt   When? 4-4-19

What was their response? nothing

What action was taken? Indiffence

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance is about the TDCJ's hair-lengh policy which violates my RLUIPA AND RFRA religious rights,I'm not being allowed to fully practice my Native American(NA)/Shamanism religion.I mainly practice Shamanism which also can be seen as"a fallowing all things as naturalism" a path that demands not to go against all natural things.My Argument against TDCJ's hair-lengh policy is commonsense,If TDCJ can maintain the security and order on the Inmate Female units with the females with really long hair,then TDCJ can have this same standard for male inmat units.Females have long hair and its not because of one's religion!!In todays times lots of nativ Americans cut their hair so to asimulate into the world,but they also not be practicing NA/shaman religion.But for the NA/shamans follow the NA traditional religion.Now let me be clear,TDCJ can give me  permission to grow my hair long or let the courts make it the same way as religious beards everyone can now have.I'm only tring to practice my religious path.There is no real justif ication to not allow men to grow their long like the female units.Thank you very much

APR 1 8 2019

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

APR 1 8 2019

APR 1 8 2019

APR 1 8 2019

**Action Requested to resolve your Complaint.** For TDCJ to exempt me from the hair-length policy so I can grow my hair long .so I can practice my traditional NA/Shamanism religion..

**Offender Signature:** _____  **Date:** 4-15-19

**Grievance Response:**

Your grievance has been received and investigated. As outlined in the Offender Orientation Handbook, hair procedures for male offenders to be kept trimmed up to the back of their neck and neatly cut. Offenders refusing to comply with grooming standards shall be charged with a 24.1 offense report refusing to comply. Based on available facts, no further action warranted.

**Signature Authority:** _____  **Date:** 5-24-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☑ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Vicki Cundiff  Vicki Cundiff

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

| | |
|---|---|
| Initial Submission | UGI Initials: VC |
| Grievance #: | 2019108655 |
| Screening Criteria Used: | 5 |
| Date Rec'd from Offender: | APR 1 8 2019 |
| Date Returned to Offender: | APR 1 8 2019 |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Richardson, Robert      TDCJ # 468111

Unit: AH      Housing Assignment: 12- D - 21

Unit where incident occurred: AH

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019110913 |
| UGI Recd Date: | JUN 12 2019 |
| HQ Recd Date: | JUN 2 4 2019 |
| Date Due: | 7-22 |
| Grievance Code: | 102 |
| Investigator ID #: | |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

I know what the policy is on male inmates,the step I did not address how the policy is not allowing me to fully practice my NA/Shamanic religion.The step I did not say the policy does or don't violate my religious rights.The courts had ruled that TDCJ is violating religious rights if the inmate was not allowed to grow his beard.TDCJ is using the same aguements with the Hair issue.Back in time most all native Americans would not cut their hair for religious reasons and the ones that cut their hair does so so they can assimate in the western culture.They don't care nor pracfice the NA religious path.I practice Shamanism which most of the shamans do not cut their Hair because to cut it is not allowing to live Naturally as the Great Spirit(God)made both sexs to grow long hair,If TDCJ was to allow me to grow my hair out and not make changes to the policy I dont have a problem with that,I'm only asking for me to be allowed grow my hair out..

I-128 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

Offender Signature: _____    Date: 10-10-19

**Grievance Response:**

An investigation has been conducted into your complaint. Current TDCJ policy SM-06.16 does not permit male offenders to grow long hair. The Unit Chaplain has been instructed to assist you in submitting a HQ-150, "Religious Assessment Form" regarding your request. No further action from this office is warranted.

**Timothy C. Jones**
**Deputy Director of Religious Services**

Signature Authority: _____    Date: 7/8/19

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission                    CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

2nd Submission                    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

3rd Submission                    CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened    _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____



A.   "HEADBAND

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

12 D 41

**OFFICE USE ONLY**

Grievance #: 2019018585

Date Received: APR 0 1 2019   MAR 2 5 2019

Date Due: 5-11-19

Grievance Code: 100

Investigator ID #: I 2608   2133

Extension Date: _____

Date Ret'd to Offender: MAY 0 9 2019

Offender Name: Richardson, Robert   TDCJ # 468111

Unit: AH   Housing Assignment: 12-A-53

Unit where incident occurred: _____ AH

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mr. Major Smith of 12 BLDG VIA I-60   When? 3-14-19

What was their response? none MAR 2 5 2019

What action was taken? none MAR 2 5 2019

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance is about me being denied/not allowed to wear my Native American(NA)Headband anywhere, any time like the other Religions are allowed their Headgear anywhere, anytime. If you look in the chaplaincy Manual under Native American/Shamanism we are allowed to wear a leather, or white Cloth. If you look at the policy notice attached, really covers ALL religious headgear just because they didn't enclued NA Headgear in the notice don't mean NA can't wear their headgear. If you allow others to do it so should the NA inmates have this right too..

Thank you very much!!   MAR 2 5 2019

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

MAR 2 5 2019

**Action Requested to resolve your Complaint.** To allow Native Americans wear their headbands anywhere anytime..

**Offender Signature:** _____ MAR 2 5 2019 **Date:** 3-25-19   MAR 2 5 2019

**Grievance Response:**

Your grievance has been reviewed and noted. In accordance with Chaplaincy Manual headbands may be worn in the cell or dorm and/or at religious programming. Based on available facts, no further action warranted.

**Signature Authority:** _____ **Date:** 5-7-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☑ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** C. Hertzog _____ MAR 2 5 2019

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: CH</td></tr>
<tr><td colspan="2">Grievance #: 2019098585</td></tr>
<tr><td colspan="2">Screening Criteria Used: 5</td></tr>
<tr><td colspan="2">Date Recd from Offender: MAR 2 5 2019</td></tr>
<tr><td colspan="2">Date Returned to Offender: MAR 2 5 2019</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
</table>

Appendix F

2    3 of 5

The Echo, Vol 90 No 4 May 2018

# Policy changes:
# Religious beards,
# head coverings for offenders

*Lion M. O'Neil, Staff Writer*

TDCJ has finally changed the policy regarding facial hair and headgear. Advocates of faith-based initiatives have campaigned for offenders to reap the full benefits of liturgical traditions. The wearing of the religious beards and religious headgear has been accepted as a positive practice that can help promote and encourage the rehabilitation of offenders.

The February 2017 TDCJ Offender Orientation Handbook (chapter one) shows that males may grow a four-inch "religious beard," regardless of the religion on their travel card. The new policy went into effect last December, and the new policy allows offenders to shape and trim the beard, shave the chin and neck areas, and eliminate the moustache if they prefer. Another policy change allows offenders to purchase two items of religious headgear from the commissary. The new policy amended the old one which restricted religious headgear to cell and chapel areas. Now, offenders can wear religious headgear anytime and anywhere.

Muslims are allowed to wear *kufi's* (white colored) in accord with Islamic tradition, and the followers of Judaic beliefs are allowed to wear *yamakas* in accord with the traditions of Judaism.

Offenders who wear the religious garb prescribed by the tenets of their faith report seeing a positive change in the behavior of some of the other offenders who wear *kufi's* and also in the way officers treat them. Religious beliefs encourage offenders to hold themselves to a higher standard than non-religious offenders.

POLICY continued on page 7 ➤

➤ POLICY continued from page 1

Although wearing beards and religious headgear is not mandatory in either faith, it can help offenders feel a part of the greater religious community by adhering to as much of traditional practices as institutional policy will permit. However, the presence or absence of the beard or headgear should have no bearing on a persons relationship with God, according to religious practitioners.

"No matter which religion an offender practices, adherence to tradition is believed to increase faith and strengthen and reinforce positive behaviors. A holistic approach to rehabilitation has proven to be the most effective means to reducing recidivism and give offenders a greater chance at re-integrating back into society with a new set of values and morals created through the practice of living and looking the part of the devout followers of the religion of their choice," says an anonymous offender. ➤

AUG 14 2018    **SUBMITTED BY OFFENDER**

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | Policy Number: | 05.01 (rev. 3) Att. B |
|---|---|---|
| Chaplaincy Department | Page: | 16 of 32 |
| CHAPLAINCY MANUAL | Date: | July 2016 |
| | Supersedes: | 05.01 (rev. 2) November 2013 |

## Native American Shamanism

### Approved Devotional Items for Offender Possession:

**Headband:*** Must be natural leather or white cloth; ~~worn in the cell or dorm and/or at religious programming~~ worn in cell or dorm and/or at religious programming.

**Feather:*** one permitted



**Shell:*** one palm-sized permitted



**Medicine Bag:*** must meet the requirements for religious neckwear in accordance with Procedures, Section I, D. & Section II.

 

The medicine bag may contain the following natural objects. These items may be visually inspected, but for religious reasons only the offender should touch them. The offender should not be asked what the items mean. These natural objects consist of:

    Seven Sacred Stones* (no larger than a 1/2 inch in size)
    Bone* (no larger than a 1/2 inch in size)
    Tooth* (no larger than a 1/2 inch in size)
    Herbal Mixture – sage, sweet grass, cedar (1/16th of a teaspoon) to be provided on a quarterly basis by contract Native American chaplain.

**Medallion:** Medicine Wheel must meet the requirements for religious neckwear in accordance with Procedures, I, D.

SUBMITTED BY
OFFENDER

SIDE A

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | Policy Number: | 05.01 (rev. 3) Att. B |
|---|---|---|
| Chaplaincy Department | Page: | 17 of 32 |
| CHAPLAINCY MANUAL | Date: | July 2016 |
| | Supersedes: | 05.01 (rev. 2) November 2013 |



Those items in the list that are marked with an **asterisk** (*) shall be stored in the offender's locker box and used only in the cell, in an area immediately around the offender's bunk in a dormitory, and in designated worship areas. Items taken to worship areas shall be carried in the hand and are subject to inspection.

## Approved Items for Group Observances:

Native American bundles include items that have been approved by the Religious Practices Committee (RPC). No items shall be added to or removed from the bundle without prior approval from the RPC.

I.     Unit chaplain's responsibility for Native American bundle and services.

     A.     Bundle shall be secured in the chaplain's area when not in use.

     B.     The chaplain shall inventory the Native American bundle to ensure that no items are added, missing, or damaged upon the conclusion of each service. See Chaplaincy Policy 05.01 Attachment C.

     C.     Herbal mixtures or smudging materials are not to be included in the bundle or stored on at the unit.

     D.     The unit chaplain, a Native American Elder, a Native American chaplain, a Native American offender, or a person designated by a Native American Elder or chaplain shall physically handle items in the Native American bundle. Only the Native American Elder or the Native American Chaplain can designate a person to handle the bundle.

II.     The herbal mixtures currently approved for smudging and pipe service.

     A.     Kinnikinnick (tobacco, sage, sweet grass, and cedar)

     B.     Copal (resin from the bark of a tree - similar to frankincense and myrrh)

     C.     Cincasa (a mixture of bayberry, sumac, ocia roots, sage and sweet grass)

     D.     Lavender

     E.     Any of the above combinations may be used as prescribed by Native American tradition.

SIDE B

Case 6:2*-cv-06130-ADA   Document* 1   Filed 12/13/19   Page 21 of 62

JUL 0 5 2019

12D-21   *WAIVE TIMEFRAME*
(HEADBAND)

## Texas Department of Criminal Justice

# STEP 2     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _2019101711_ |
| UGI Rec'd Date: _5·22·19_ |
| HQ Rec'd Date: MAY 2 4 2019 |
| Date Due: _07-01_ |
| Grievance Code: _100_ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Richardson, Robert          TDCJ # _468111_

Unit: _AH_          Housing Assignment: _12 - D - 21_

Unit where incident occurred: _AH_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

The step I response is stateing what I already know, thats what the step I is about. Shamans wear headbands all the time besides sleeping. If TDCJ can allow 2 other religious to wear their little hats anywhere and anytime, I too should have the same treatment, as of right now I'm being discrimin ated against. Also for the record there's a big difference between Native American and shamanism Native American are less active than Shamanism, which are way more active . I pray that someone will see the discrimination and let me practice my religion as well. Thank you..

---

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

**Offender Signature:** _____ **Date:** 5-20-19

**Grievance Response:**

An investigation has been conducted into your complaint. Per CDM 05.01, offenders are permitted to wear their headbands in the cell or dorm and/or at religious services. An offender requesting for religious accommodations not already approved by Chaplaincy policy, must submit an HQ-150 Form to the Religious Practices Committee for review. Submit an I-60 to the Unit Chaplain to process your religious request concerning this matter. No further action from this office is warranted.

# Timothy C. Jones
## Deputy Director of Religious Services

Offender Signature: _____ Date: _____

Grievance Response: _____

**Signature Authority:** _____ **Date:** 6/11/19

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted.***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

Offender Signature: _____

Grievance Response: _____

Signature Authority: _____

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

**I-128 Back (Revised 11-2010)**

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted.*

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td><b>Initial Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td>_____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><b>2nd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td>_____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><b>3rd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td>_____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
</table>

**Appendix G**

\# C   "MEDICINE BAG"

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

*# C 1 OF 8*

*Richardson, Robert*

| | OFFICE USE ONLY |
|---|---|
| Grievance #: | 2018180932 |
| Date Received: | AUG 14 2018 |
| Date Due: | SEP 23 2018 |
| Grievance Code: | 101 |
| Investigator ID #: | **I-1456** |
| Extension Date: | |
| Date Retd to Offender: | SEP 18 2018 |

Offender Name: Richardson, Robert    TDCJ # 468111

Unit: JA    Housing Assignment: ~~Huntsville~~ HSB-116

Unit where incident occurred: Huntsville

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. (Via I-60)

Who did you talk to (name, title)? Mr.Chaplain M.Rutledge,Asst,Director Chaplaincy When? 7-27-18

What was their response? No reply

What action was taken? None    AUG 14 2018

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This is only on part of the Chaplaincy Manual Policy that pertains to the part of the policy that states Native American (NA)/Shamanism can only wear our Medicine Bags incell or going to and back from NA events.This violates my Shamanic Religious Rights because Shamans surpose to wear our Medicine Bag where ever we go all the time.The reason for this is because the Stones,Bones,Teeth within the bag has"Spirits"connected to them and by wearing the bag all the time anywhere gives us a direct connection to these Spirits,which help to protect and obtain wisdom,knowledge and spiritual assistance.the fact is that if we can wear the bag to NA spiritual events,there is no real justification to deny us from wearing the bag all the time.You'll see a clipping from the May issue of the Echo that states the new policy is inmates can wear their Headgear anytime and anywhere.This is the same on the religious Medallions.To allow us to Wear the Bag anywhere will not ~~case~~ cause any harm to the Security,Safety,and Orderly conditions in the Institution..

AUG 14 2018    Thank you very much..

AUG 14 2018

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

2 OF 8

AUG 1 4 2018

AUG 1 4 2018

**Action Requested to resolve your Complaint.** Please change the policy so we can wear our Medicine Bags any-where, or just give me permion to wear my Bag anywhere, anytime..

AUG 1 4 2018

**Offender Signature:** _____ Richardson,Robert 468111 **Date:** 8-13-18

**Grievance Response:**

The investigation to this grievance is complete. Religious neckwear is defined as an object with religious significance worn around the neck on a chord, such as a medallions, beads, and medicine bags or pouches. Per policy, neckwear must be worn under the clothing. This is for your information. No further action is warranted.

**Signature Authority:** _____ **A. FRANCO** **Date:** SEP 1 8 2018

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

SEP 1 8 2018

**Returned because:**     *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: ____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

#C



# Texas Department of Criminal Justice
# STEP 2       OFFENDER
## GRIEVANCE FORM

| | OFFICE USE ONLY |
|---|---|
| Grievance #: | 2018180932 |
| UGI Recd Date: | SEP 24 2018 |
| HQ Recd Date: | SEP 27 2018 |
| Date Due: | 11/3/18 |
| Grievance Code: | 101 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: Richardson, Robert    TDCJ # 468111

Unit: JA    Housing Assignment: EC2/HS – B – 116

Unit where incident occurred: _____ JA _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I was not given the answer that I was seeking I know what the policy states about neck wear,the answer I seek is to state I can wear my neckwear ANYWHERE AT ANYTIME just like we can wear the headwear anywhere,anytime.The policy states I can only wear my medicine bag to and from religious services only,which should not be the case If I can where it then ,then there is no real reason I can't wear it anytime to anywhere.Please provide me the answer I seek.Thank you very much..

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** _[signature]_ #08111        **Date:** 9-24-18

**Grievance Response:**

An investigation has been conducted into your complaint. Per Chaplaincy Manual Policy (AD-07.30)
AD.05.01 Procedures (II-D.1) Wearing the bag or pouch is limited to the offender's cell or immediate bunk area in a
dorm setting and at religious services. To seek Religious Accommodations, you can make your request by utilizing
the HQ150 form.  No further action from this office is warranted.

**Signature Authority:** _[signature]_        **Date:** 10/4/18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**               **CGO Initials:** _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____ Screened      ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**               **CGO Initials:** _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____ Screened      ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**               **CGO Initials:** _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____ Screened      ____ Improperly Submitted

Comments:_____

Date Returned to Offender: _____

Case 6:20-cv-00130-ADA Document 3 Filed 12/13/19 Page 28 of 62

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

(NECKWEAR)

**OFFICE USE ONLY**

Grievance #: _2019114306_

Date Received: _4-26-19_

Date Due: _6-5-19_

Grievance Code: _814_

Investigator ID #: _I2387 L2133_

Extension Date: _7-15-19_

Date Retd to Offender: **JUL 1 8 2019**

**Offender Name:** Richardson, Robert   **TDCJ #** 468111

**Unit:** AH   **Housing Assignment:** 12- D - 41

**Unit where incident occurred:** AH   21

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.** I talked to Mr.Defradies,CO plus sent in an I-60 to
Who did you talk to (name, title)? Mr.Major Smith of 12 BLDG   When? 4-22-19
What was their response? I'll see if I can get you to talk to the Major or I'll just take you to him.
What action was taken? Nothing and nothing on the I-60 either

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**
On 4-15-19 Mr.Powell CO came to get me for group and I was told I could NOT wear my religious
Neckgear to group,and this is due to a said policy.This policy is violating my religious rights
by not allowing me to practice my Shamanism/Native American religion.Making me have to choose to
either going to group or practicing my religion.My Neckgear is in accordence to policy and it is
wax worn under my cloths.It is not a threat to the order,security of the system. Even if I was to
try and use it as a weapon it could not hurt anyone/thing.Plus while in group we are handcuffed
to the desk and wearing leg irons.Not being able to fight or anything.TDCJ Is just as always
tring to not letting an inmate to practice their religion but what more wrong the officials are
not telling the christians they can't wear their crosses and they even wear it outside their cloth
,thay are discriminating as well.Mr.Major Smith said If I was to have other problems to contact
him or get Mr.Defradies to help get word to him.I'm not getting any response from the Major.This
policy is violating "RLUIPA"laws.As long as we are going by religious policies in wearing neckgear
that all that matters..Please do away with this policy and allow us to wear our neckgear in group.

---

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** Allow me to wear my religious neckgear to group and anywhere at anytime,in accordence with the religious policies..

**Offender Signature:** _____ 46811     **Date:** 4-26-19

**Grievance Response:**

You grievance has been reviewed and investigated. In accordance with Chaplaincy Manual neckwear cannot not be worn outside of the housing area except going to and from or while in a religious service. There was no evidence found to support that staff denied or violated your religious right. Based on available facts, no further action warranted.

**Signature Authority:** _____     **Date:** 7-17-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

*7 of 8*

*12-A 16*



## Texas Department of Criminal Justice

# STEP 2

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2019114306

UGI Recd Date: JUL 3 0 2019

HQ Recd Date: AUG 0 2 2019

Date Due: 9-08

Grievance Code: 814

Investigator ID#: I 13641 781

Extension Date: 10-18

Offender Name: Richardson, Robert     TDCJ # 468111

Unit: A.H.     Housing Assignment: 12 - D -21

Unit where incident occurred:     A.H.

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

The reason I'm not satisfied with the response on my step I is they only stated what I already know, thats why I stated my religious rights have been violated is two reasons, the policy that they stated in itself violates my rights because Shaman's(See photo below, was my grandmother who was 100% cherokee Shaman who was my teacher, Note the Medicine Bag neckwear she is wearing while just visiting my mother)wear their neckwear anywhere and at all times, plus you notice her Medic-ine Bag neckwear "OUTSIDE of their cloths". I'm only trying to practice my Shamanic Religion.Also

if I can wear my neckwear to and from religious events, why can't I wear it anywhere and any time? if its not a threat to security then, then there is no reason to justify the restriction that is violating my religious rights... Thus I should be allowed to wear my neckwear ( Medicine Bag and Medicine Wheel Medallion)anywhere at any times and it be worned outside of my cloths...



I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

Offender Signature: _____   Date: 7-29-19

Grievance Response:

Your Step 2 grievance has been investigated by this office. Review of policy does not reflect you are being denied to practice your religion. You were appropriately advised in your Step 1 response. No further action warranted.

Signature Authority: _____ **M. LEWANDOWSKI**   Date: 10|24|19

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

CGO Staff Signature: _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

| 2nd Submission | CGO Initials: _____ |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

| 3rd Submission | CGO Initials: _____ |

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

#D

#D "TDCJ REQUEST FOR RELIGIOUS ACCOMMODATION(HQ-150)

1 of 1
Pgs.A,B Attached (HQ-150's)

# Texas Department of Criminal Justice

#D

## STEP 1 OFFENDER GRIEVANCE FORM

Richardson, Robert

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2018165184 |
| | Date Received: JUL 16 2018 |
| | AUG 25 2018 |
| | Date Due: |
| | Grievance Code: 101 |
| | Investigator ID #: I-1456 |
| | Extension Date: |
| | Date Retd to Offender: AUG 2 2 2018 |

**Offender Name:** Richardson, Robert   **TDCJ #** 468111

**Unit:** JA   **Housing Assignment:** ▓▓▓▓▓

**Unit where incident occurred:** Huntsville   (HSB-116)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Mr.Michael Rutledge,Asst.Dir.Of Chaplaincy OP's 11-16-17,7-3-18

Who did you talk to (name, title)? Mr.Tim Hunter,Chaplain III,Region VI   When? 10-16-17,7-3-18

What was their response? No answer from Mr.Rutledge,See pgs-A,B Attached of Mr.Tim Hunter's responce.

What action was taken? NONE   JUL 16 2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This Step I is on Mr.Michael Rutledge,Asst.Dir.Of Chaplaincy Operations in Huntsville.The first

reason for this is indifferences to my request of informal resolutions attemps.The 2nd reason is

on him not submitting my 2 different HQ-150 (Request for Religious Accodation)Forms.My first HQ-

150 was sent in to the unit chaplain on June 27th,2017,the 2nd HQ-150 was sent in Sept.19th,2017.

I know the first one was sent to Mr.Rutledge on 7-12-17(See pg.A),I don't know if the 2nd one ever

made to the Asst.Dir. or not.I have NOT recieved any decisions on either HQ-150's to this date..

The first HQ-150 was about getting Sacred Medicine Cards and Dreamcatcher,the 2nd HQ-150 was

on getting a beaded leather Headband.I was told the RPC(Religious Practices Committee)meets ever

quarter of the year then I was told from different Official it was every 6 months,Either Case I

should have recieved an answer on these HQ-150's by now.I'm being denied of my due process rights

too. Now back to the 1st reason for this,EVERY TDCJ Official must answer and respond to all inmate

requests they recieve this enclueds Chaplain Rutledge,someone must inform him of this fact so he

can start responding to my informal resolution requests and provide me the answers to my HQ-150

also return all my documents that was submitteed to the RPC..

Thank you for your valuable time and assistance in this..

JUL 16 2018

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

JUL 16 2018

JUL 16 2018

JUL 16 2018

**Action Requested to resolve your Complaint.** For Mr.Chaplain Rutledge to answer ALL my requests and to answer and return all my documents attached to both of my HQ-150's and answer those HQ-150's requests.

JUL 16 2018

**Offender Signature:** _Richardson_ Richardson,Robert 468111   **Date:** 7-15-18

**Grievance Response:**

The investigation of this grievance is complete. The James V. Allred Chaplaincy has forwarded both HQ-150's (7/3/17 and 9/26/17) to Huntsville for review by the religious practices committee. This is for your information. No further action is warranted.

**Signature Authority:** _E. Holmes_   E. Holmes   **Date** AUG 21 2018
Assistant Warden

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

AUG 22 2018

**Returned because:**   **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**I-127 Back** (Revised 11-2010)

Appendix F

#D



# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

5

**OFFICE USE ONLY**

Grievance #: 2018105189

UGI Recd Date: AUG 28 2018

HQ Recd Date: AUG 31 2018

Date Due: 10/7/18

Grievance Code: 101

Investigator ID#: 2276

Extension Date:

Offender Name: Richardson,Robert       TDCJ # 468111

Unit: JA       Housing Assignment: _____ 116

Unit where incident occurred: _____ Huntsville

HSB-116

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I'm very dissatisfied with the step I answer,For one I don't think they even sent the grievance to Chaplain Rutledge the Asst.Director of Chaplaincy in HUNTSVILLE,they also did not address his refusal to answer I I-60's requests,All TDCJ Officials are surpose to respond to inmates I-60's and Informal resolution requests.Also they ONLY used the unit and not huntsville indifference to the HQ-150's and I-60's.They say when they forwarded the HQ-150's without interviewing me like the policy states they surpose to do.The RPC(Religious Practices Committee)meet 4 times a year and they surposed to send me their responce to my HQ-150,Mr.Chaplain Rutledge NEVER SENT ANY KIND of answer on any HQ-150's I submitted and look the dates this was sent over a year ago!!!!I Pray that you'll investigate Mr.rutledge like the step 1 should have done!!!Thank you very much..

---

I-128 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix G

**Offender Signature:** ~~Geo Richardso #608111~~   **Date:** 8-24-18

**Grievance Response:**

An investigation has been conducted into your complaint. Your HQ150 paperwork has been presented to HQ. No further action from this office is warranted.

**Signature Authority:**   **Date:** 9/8/18

**Returned because:**   ***Resubmit this form when corrections are made.***

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.\***

☐ 3. **Originals not submitted. \***

☐ 4. **Inappropriate/Excessive attachments.\***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.\***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    **Appendix G**

#D

Texas Department of Criminal Justice

# Inter-Office Communications

To _Richardson, Robert_          Date _7-18-18_

From _Chaplain Lawlor_          Subject _HQ-150_

I will process your HQ-150 once it is within guidelines.

1. Your Name on TDCJ Records is not "White Owl". Please resubmit with your Name as on TDCJ Records

2. <u>You</u>, must provide an outside religious authority for me to consult. Without that, they will send it back. I want to avoid that because it causes a delay.

Chaplain Lawlor

(Front)
#D

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Mr.Chaplain Timothy Jones,Chaplaincy Director,_ DATE: ___11-12-18___
(Name and title of official)

ADDRESS: _huntsville religious head Quarters_

---

(Back)    11-12-18          Mr.Chaplain Timothy Jones,Chaplaincy Director,Sir I am
SUBJECT: State briefly the problem on which you desire assistance. in need of your assistance in a few religious related
issues.Sir in the past 2½ yrs I've file a few HQ-150's for the RPC review,I never recieved an
answer on them.My latest filing was in Sept.2018.Ms.Chaplain Mary Berry of Region III(Whom have
provided GREAT assistance)has said the RPC has not met yet.My question is what months does the RPC
hold their meetings??Also will you please be sure to let me know what their decision is on my HQ-1
please??Also on the religious Authority on that form happens to be me,I've fallowed,studied and
still do the Native American(NA)/Shamanic Path for over 20 yrs now,my NA Grandmother was an High
Cherokee Shaman whom was my teacher and now my spirit Guide.I ask for the RPC to accept me as an
Authority zand I'm willing to be of service to the Chaplaincy Dept.in any way.I may be in Admin.Se
but I do teach a few other inmates here and plan to do so on a NA Unit once I'm out of seg..If you
wish to know the basic shamanic path I don't mind writing is out for you..Now one more issue in th
past I never got answers from your Dept.I hope I do from you.ALL TDCJ Officials are surpose to ful

Name: Richardson,Robert          No: 468111          Unit: JA/ answer all inmate

Living Quarters: _____     Work Assignment: Request to Officials(I-60's).I thank yo
                                                      for your valuable time and assistance..

DISPOSITION: (Inmate will not write in this space)

## NO ANSWER

cc;I/M File
I-60 (Rev 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

Name: _____ No: _____ Unit: _____

Living Quarters: _____ Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

90)

B111111                                          B111111                        B111111

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____ DATE: _____
            *(Name and title of official)*

ADDRESS: _____

pg.1 of 4.

#D

AD-07.30 (rev. 7)
Attachment A
Page 9 of 11

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE (HQ-150 Form)
### Request for Religious Accommodation

| Offender Name: Richardson,Robert | TDCJ #: 468111 | Date: 7-17-18 |
|---|---|---|

Unit: J.Allred          Housing: ECB/HS - B - 116

### Attach additional papers as needed

**1. What is your faith preference?** native American(NA)/SHAMANISM

**2. What is the specific accommodation that you are requesting? (Please be specific)**

A. I NEED a NA Rug/Blanket(see pg.3)for placing my Sacred Devotional Items on
So my items don't get dirty and I can place my Alter on as well.This item
is for personal in cell usage.

B. I NEED a Beaded,leather Headband(see pg.3)this item is for personal use.

C. I NEED a Sacred Dreamcatcher(see pg.4)This is for personal usage.

D.

**3. What is the basis for your requested religious accommodation? (How your request is supported by the writings or traditions of your religion – please be specific)**

A. If you are to look at the pictureson pg.3 you will see that all the shamans
has a blanket/rug to place devotional items and alter on(cont.on pg.2)

B.if you look at the picture on pg.3 you will see the NA Boy wearing a leather
beaded Headband.The reason I need this kind of Headband is I'm not(go to pg.2)

C.If you look on pg.4 you will read the Legend of the use of the Dreamcatcher

D.

**4. Who are the religious authorities who can verify this request?**

**Please provide name, title, address, phone, fax, and email of religious authorities:**

| 1) Name/Title: | I am a religious authorty,Ive been practicing(go to pg 2 |
|---|---|
| Address: | |
| Phone, fax, email: | |
| 2) Name/Title: | |
| Address: | |
| Phone, fax, email: | |

| Offender Signature: | Date: 7-17-18 |
|---|---|

#2.,A.) there is no reason to justify a denial of this item the muslems have prayer rug/small blankets they use,The blanket I'm requesting are very close to the Muslem Prayer rug..

    B.) able to find a pure leather(I was refused of the one I bought because if didn't have ties on it).Also there is no place to obtain a White Cloth Headband ,I tried to buy a white Cloth but the unit chaplain said it was not.labled as a headband,If you look at the picture of the inmates on pg.3 they too don't have headbands because they have the same kind of trouble I have.The beaded headband shown on pg 3 has leather ties and is just beeded and it is advertized as a Headband.There is no justification to deny this sacred Item.

#4.1.) The shamanism for over 20 yrs,my NA grandmother was a Cherokee Shaman and was my own teacher untell she passed away in 2004.Ive provided written and pictures that demonstrate the use of these 3 devotional Sacred Items.I am Stuck in Admin.Seg.and these items are .for personal usage.I'm tring to get .these items which the polocy may have to be changed but I'm satified if just I'm granted to obtain these 3 items and the policy is not changed.

                I'm.Greatly appreciate your valuable time and assistance.in this..

**NOTE:** I just wish to add something to the record,there is really 3 different levels to the NA Practice,you have the normal NA Culture level then the 2nd level is Shamanism,then you have the 3rd level which is Advanced Shamanism(See below).Not only do I have that book but I have much more litature on all 3 levels.One thing about Shamanism is there is always room to learn new things and room for advancements in one's practice.There is like the Sacred Fire Ceremony thats very importance,but I feel TDCJ will not allow me to have 5 candles for my alter,so I'm not seeking those.I'm seeking what I NEED to practice my religion,the 3 items does not harm the security,Safety,and orderly conditions in the institution.I am mostly the most high advanced shaman inmate in TDCJ...

### ADVANCED SHAMANISM
*The Practice of Conscious Transformation*
James Endredy
*"With competence and authority James Endredy has written a powerful book with clear and precise instructions on advanced shamanic techniques learned directly from indigenous shamans."*
—José Luis Stevens, Ph.D., author of *Awaken the Inner Shaman* and *Encounters with Power*
In this step-by-step guide, James Endredy offers hands-on instructions for more than 30 advanced shamanic practices, including sacred Fire ceremonies, direct shamanic viewing, shamanic death and rebirth, working with healing stones, shamanic lucid dreaming, acquiring an animal spirit guide, and using your guide's power responsibly for healing.
978-1-59143-283-8 • $18.00 pb • 272 pages, 6 x 9 • 4 b&w illustrations • e-book available











**Headbands with Leather Tabs**



Nokuse Scott - Creek



### Dream Catchers   (Colors may vary)

Legend has it that if these were hung over the bed, only good dreams would be allowed to filter through. The bad dreams were said to have been caught in the web of the dream catcher and could not find their way out. Only the good dreams would make it through the webbing and find their way to the person sleeping below. Offered in five sizes.

READ SPIRITUAL/RELIGIOUS → LEGEND

| Number | Description | Ea | Ea(3+) |
|---|---|---|---|
| 4557-300-002 | 2" Standard | $4.95 | $4.65 |
| 4557-300-003 | 3" Standard | $6.95 | $6.55 |
| 4557-300-004 | 4" Standard | $7.95 | $7.45 |
| 4557-300-006 | 6" Standard | $12.50 | $11.75 |
| 4557-300-009 | 8" Standard | $14.95 | $14.05 |

(RECIEVED THIS ON 4-17-19)

# Texas Department of Criminal Justice
# Rehabilitation Programs Division

### Office to Offender Communication

**TO:** Robert Richardson #00468111
Hughes Unit

**DATE:** April 5, 2019

**FROM:** Timothy Jones
Manager IV,
Deputy Director of Religious Services

**SUBJECT:** Response to Inquiry

In response to your Request for Religious Accommodation (HQ-150), the Religious Practices Committee made the following decisions:

1. "Sacred Divinational deck of cards, many different kinds but I (am) seeking to have the Lakota Sweat Lodge Cards"

   Request denied, offenders are not permitted to have cards.

2. "A small 3" round Dream Catcher"

   Request denied, due to security risk.

3. "I wish to obtain a leather beaded headband…"

   Request denied, a headband of natural leather or white cloth is an approved religious devotional item for Native American Shamanism offenders

CC:      Unit Chaplain
         RPC File

120F17 #D

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Richardson, Robert   TDCJ # 468111

Unit: AH   Housing Assignment: 12- D - 41

Unit where incident occurred: Huntsville

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. The Religious Committee(RPC) had reached their Decision.I also
Who did you talk to (name, title)? sent a I-60 to Mr.Timothy Jones,Huntsville. When? 5-1-19

What was their response? No word from Mr.Jones the manger IV Deputy Director Of religious Services

What action was taken? Denial of obtaining 3 devotional Items(See Page attached)

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This step I is on the RPC(Religious Practices Committee) for dening me the right to fully practicing my Shamanic religion.They have wrongfully denied me 3 devotional Items:Sacred Divinational Deck of Cards,the denial of obtaing a small 3" round Dream Catcher(See pg.attached). Now with the Cards,They do allow inamtes of other religions use Tarot Cards,these cards mimic the deck of playing cards,you can use them just like playing cards,they have 4 suits.If they can use Tarot cards in a group setting then they should be allowed to obtain and kretain them personally. The Sweat lodge cards can not be used as playing cards,these cards are for personal divination only.The agument about all cards can be used in gamb leing is false.They use domino's and chess to gambling yet TDCJ lets them have them!! Tarot cards have a nnb number system to play with the cards I seek only number 0 to 50 thats it no number system to it! there is no justifaction to deny me these cards.Now for kxhthe Dreamcatcher,look on the page attached and you'll see what they look like and the religious connection to them,My question is HOW these things be a security risk ,I would like to see anyone hurt anything with feathers??TDCJ has a chronic problem with just lableing anything as a risk and thats a bogus justifactions.The catcher is made of string & Feathe

I leave with this,I'm only tring to practice my Shamanic Path which is not fully the same as Native American path,Shamans have more ceremoncies and more advanced in their practice.I all I ask to be allowed to fully practing my religious Path by obtaining these Items,If I was to abused them then I agree they should be taken from the inmate.I'm 100% in my faith..

Thank you for your valuable time and assistance in this matter!!

---

NOTE: The Grievance Dept would not allow me to file this step 1 see back of this page

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____

Action Requested to resolve your Complaint.  **Allow me to obtain and retain the Sacred Cards/w/book and also allow me to buy a Dreamcatcher .**

Offender Signature: _~~[signature]~~_  Date: 5-8-19

Grievance Response:




Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ ~~9. _____~~
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission ~~UGI Initials~~
Grievance # ~~2015101502~~
Screening Criteria ~~9~~

Date Rec'd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)



TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

*REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Mr.Chaplain Athey/Mr.Chaplain Griffin        DATE: 10-22-19
        (Name and title of official)

ADDRESS: AH Unit Chaplaincy Dept.

---

SUBJECT: State briefly the problem on which you desire assistance.        10-22-19

Mr.Chaplain Athey/Mr.Chaplain Griffin,Sir you will find enclosed a complete HQ-150 request for Religious Accommodation.Will you please do a cell side interview about this request as policy states must take place.I thank you for your valuable time and assistence in this matter!!

Name: Richardson, Robert        No: 468111        Unit: AH

Living Quarters: 12- A - 16        Work Assignment:

DISPOSITION: (Inmate will not write in this space)

I WAS INTERVIEWED ON 11-10-19

I-60 (Rev. 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

Name: _____  No: _____  Unit: _____

Living Quarters: _____  Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)




☆I-60 (Rev. 11-90)

IIIIIII _____

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____   DATE: _____
      *(Name and title of official)*

ADDRESS: _____

Please NOTE:If I do not provide an religious authorities they will not accept my HQ-150 Request(See pg.#D,5),I do not have a religious authorities..

They will not accept me as an religious authority,though I am..

AD-07.30 (rev. 7)
Attachment A
Page 9 of 11

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Request for Religious Accommodation

| Offender Name: Richardson,Robert | TDCJ #: 468111 | Date: 10-22-19 |
|---|---|---|

| Unit:          AH | Housing:  12- A - 16 |
|---|---|

**Attach additional papers as needed**

**1. What is your faith preference?** Native American(NA)/Shamanism

**2. What is the specific accommodation that you are requesting? (Please be specific)**

A. I Seek to wear my hair long..

B. To be able to wear my Medicine Bag outside of my cloths,anywhere and at anytime..

C. To be able to wear my leather headband anywhere and at any time..

D.

**3. What is the basis for your requested religious accommodation? (How your request is supported by the writings or traditions of your religion – please be specific)**

A. (SEE Pg.2)

B. (SEE Pg.2)

C. (SEE Pg.2)

D.

**4. Who are the religious authorities who can verify this request?**
Please provide name, title, address, phone, fax, and email of religious authorities:

| 1) Name/Title: | Richardson,Robert, NA/Shamanic certified Teacher.I've practiced |
|---|---|
| Address: | the NA/Shamanism for over 20 yrs.I Am authority.. |
| Phone, fax, email: | |
| 2) Name/Title: | |
| Address: | |
| Phone, fax, email: | |

| Offender Signature: | Date: 10-22-19 |
|---|---|

A.) To wear your hair long is a long held religious Tradition.A NA/shaman should live as the Great Spirit(GOD)intended,Walk in balance and harmony with EVERYTHING within the Universe.God made all men able to have long hair.There is a inmate here on this unit thats allowed to wear his hair long because he won a lawsuit against TDCJ,I should be able to wear my hair long as well..

B.)Shamans wear their Medicine Bag everywhere all the time outside their cloths for a few reasons,1.is that it symbolize one is a Medicine Person/Shaman just like the Preast wear a small white square on their coller.2nd.Shamans stay connected to the devotional items within the Medicine Bag all the time not just to ceremonies  (See below the photo of my NA grandmother who was a Cherokee Shaman just paying a visit to my mother. 3rd,To wear the bag against one's skin the oil and salt off the body can damage the bag. 4th,If we can wear the bag to and from a ceremony without causing problems with TDCJ,then there's no real justification to keep me from wearing my bag outside my cloths anywhere anytime..

C.)To wear the headband symbolizes the Sacred Hoop,to wear it anywhere at anytime keeps the person from forgetting this fact,kind of like other religions wear a braclet to keep them aware of their self promises.Also if other religions can where their little white Hats anywhere at anytime,which its not mandatory then I should be given the same treatment.
Thank you all for your valuable assistance and time in this matter.God Bless you all!!

***NOTE:If we was to die,our Ancestors will not
welcome us to join them because they would not
reconize us if our hair is short,they will
reject us.The fact that no one knows when the
will die like I could die right NOW from a
heart attack.I fear of dieing with short hair.

(PHOTO SEE #C, PG.71)

# E   "SCC"

DREAM CAT



# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

LOE07 #E

OFFICE USE ONLY

Grievance #: 2019041882

Date Received: NOV 27 2018

Date Due: JAN 06 2019

Grievance Code: 202

Investigator ID #: IO894

Extension Date: _____

Date Retd to Offender: JAN 0 4 2019

**Offender Name:** Richardson, Robert.     **TDCJ #** 468111

**Unit:** JA     **Housing Assignment:** ECB/HS - B - 116

**Unit where incident occurred:** JA/Huntsville

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Seen SCC Official Ms.Enloe on the 10-31-18 and

Who did you talk to (name, title)? I just got my SCC papers on     When? 11-20-18

What was their response? Remain in Admin.Seg     NOV 26 2018

What action was taken? Denial of letting me back into GP.

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

This is on the SCC(State Classification Committee)Official Ms.Enloe for not releasing me back to GP(General Population)which is contenueation of violation of my Rights with Cruel and unusual punishment and the violations of my religious rights by leaving me in Admin.Seg(Administrative Segregation) when I'm no longer a threat to myself or of others or the order of the prison.I've been in Seg.for over 18½ yrs now and I'm no gang member.They have me in seg for assaulting the Warden and they claim(It's not true)That I held 2 nurses Hostage.The assault was self defense and the HS(Hostage Situation)was me ONLY refusing to open the door to   the room I was in with the 2 nurses out of upmost fear of being hurt or killed by the officials.I never threatened to harm anyone,infact I said I wouldn't hurt anyone.The Five men Team rushed through the door and cought me by surprise and tried to blow my brains out with a 5mm teargas gun,I only fought for my life.I was extremely Paranoid and manic because I suffer from mental illnesses,Schizophrenia, Bi-polor,depression and I was cut off cold turkey all my meds,I had a mental brakedown.Seg in making my mental illnesses worse.They(Officials)are not even going by their own AD-4.11 policy in order to keep punishing for something that happened 18½ yrs ago.I now have over 12½ yrs of a clear disp.record that proves and demonstrates that my medications work for me and show I'm not a threat anymore.I provided a written statement(See Attached)To SCC about my past and how much I have changed mentally and spiritually for the best.There is NOTHING else I can do than what I've been doing to prove all this about me.I can't fully practice my Native American/Shamanic religion like my fellow brothers do with living on a Unit that has NA religious services on it in GP all because I'm in Seg.They need to end these violations against my rights by putting me back in GP!!

Thank you for all your valuable time and assistance..

NOV 26 2018

---

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Action Requested to resolve your Complaint.** I ask for a special SCC Hearing so they can release me back to GP where I should be.Thank you..

**Offender Signature:** _Robert Charles 1965111_    NOV 26 2018    **Date:** 11-21-18

**Grievance Response:**

The investigation of the grievance is complete. According to the classification department, you were seen on 10/03/18. The State Classification Committee remained you for another 6 months. You will be seen again by the State Classification Committee in April 2019. You may write an I-60 to Huntsville Classification department about any requests for a special hearing. The unit level cannot give a special hearing. No further action will be taken.

**Signature Authority:** _E. Holmes_    **E. Holmes**
**Assistant Warden**    **Date:** JAN 0 3 2019

JAN 0 4 2019

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☑ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable. *
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _Patterson CO IV_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY |
| --- |
| Initial Submission    UGI Initials: _AP_ |
| Grievance # 2019040795 |
| Screening Criteria Used: 299 # 04 |
| Date Rec'd from Offender: NOV 26 2018 |
| Date Returned to Offender: NOV 26 2018 |
| 2nd Submission    UGI Initials:_____ |
| Grievance #: |
| Screening Criteria Used: |
| Date Rec'd from Offender: |
| Date Returned to Offender: |
| 3rd Submission    UGI Initials:_____ |
| Grievance #: |
| Screening Criteria Used: |
| Date Rec'd from Offender: |
| Date Returned to Offender: |

I-127 Back (Revised 11-2010)

TO:SCC Official Ms.Enloe,                                          DATE: 10-31-18

Address; Huntville                                    RE:Release from Admin.Seg.

NOV 26 2018

SUBJECT:

    Ma'am/Sir,I come with upmost respects.I wish to return to the status I was over 19½ yrs ago which was G4 PC,I've always been on PC from 1992 up to 2000.I know that I have a bad record all the way to 2006,but I wish to point out the"Evidence that demonstrates"that I've a very much different man than I was over 19 yrs ago,and thats my clean record of over 13½ yrs now,I have proven that I'm no longer a threat to myself,or others,or to the order of TDCJ.There is nothing more    that I can do to prove this fact than what I've now done.If you look at my record you'll see that I have 33 yrs flat done in prison and from the jail all the way up to 2006 my world was nothing but chaos and trouble,My whole life been that way because of my major mental illnesses, which I was never properly dinosed untell 2006 which I'm Bipolor/paranoia/Schizophrenia,I was never on Anti-psychotic meds tell 2006 which changed my whole life,I had a Spiritual Awakening because the meds work that good for me.I was on meds for Bipolor back in 2000 tell they took me off all my meds cold turkey which caused me to have a psychotic brake down which caused a bad situation which escalated into the HS,SA SPD's that I got in 2000,I don't recall what happened because I was psychotic/manic but I seen the vedio of the situation and in that you could hear me telling the officials that I was not going to harm anyone but to scared to open the door,I never threatened harm to anyone.It was not my fault as to what happened it was not premeditated.

    I'm now an old man now and a new person and I only ask to be given a chance to prove myself more that I am a different man now.I feel seg is now causeing me more harm than good,I've used my time in seg to better myself,I feel that I'm now being punished for what happened in 2000.I want out so I can even grow more spiritually and mentally.I've had close to 3 yrs worth of psych programming to learn how to know what all my illnesses are and how to controle them.I now function like a normal person and my"current good behavior"proves this.I know I must be on my meds for the rest of my life and I want to take them because I like what kind of person that I've become thats all about peace,love,balance and I'm very anti-violance,I don't get full of rage no more and I can't even defend myself thats how much the meds work for me.Thats one reason I want back on PC and the reason that I've been on it all those yrs is that I had gotten gang raped by the "TS"and in my fight I manage to hurt on of the members which was rank and he placed a hit on my life and I didn't know this tell the officials came accross a letter from a TS member talking about taking me out.I've even have had trouble with some of them while being in seg but I don't go to rec so they can't get to me,thus why I wish to be back on PC I know how to avoid them in GP,I always do change my AKA's ,so not to leave a connecting trail from place to place..

    I've gotten very non-superficually into my religious path of Native American/Shamanic way.I also know how to avoid a nother situation like 2000 from happening again,even if I was to be taken off my meds(I don't see that happening again)I know how to get myself locked up and sent to a psychic unit which I'll get back on my meds.I didn't know nor was I consciounally awakened back then like I am today.I only ask that you please,PLEASE use my clean record to help me get out and not use my past against me.I've been tring to get into the psychic Divergence program but I was turned down last year and I have now put in another request to get in the program,If you can help me get into that program so I can get out that way I'm ready to go!!!I can prove I'm ready for GP. through that program.I really don't know what else I can say to help me get out but as they do say actions speak louder than words and My action of a clean record is what I'm all about and I do have a personal goal of seeing how long I can go without getting a case.I've been in seg long enough so Please give me a chance I promise if you let me out you'll never hear a bad thing about me and if you was to check up on me you'll see that I'm telling you the truth about everything and I'll be most greatful to you.Now please read pg.2 which sheads little light about what I'm all about and why I want out and what my plans and goals are.Thank you very much..

(CONT.ON PG.  2)

NOV 26 2018

2.of 2. (Cont. of request to the Scc Official)

If my past can be used against me how come my good past and current record be used to help me??I can't do no better than I have sence 2006 to now,plus I've been in seg. for over 18 yrs now.You have all the evidence to PROVE I am a very changed man from what I was in 2000 and these are PERMANENT changes.I'm a very old man now as well.I'm no longer a threat to myself or to other inmates or Officials and the prison system operations.Also now keeping me in Admin. Seg.is violating my religious rights and other rights as well.See Seg. Inmates are not allowed to transfer to a unit that has Native American(NA)services and a contracted NA Chaplain which is the ONLY person that can give me my Herbal Mixture like my fellow brothers can have.Also one of my reasons of why I want out of seg so once out of seg.I'll first get used to being out of seg.then I'll use the Chaplaincy Policy to get transferred to a NA Unit.

In the past 12 and ½ years I've done so much to changed myself for the greater good,I've takened over 3 yrs of mental programs that tought me how to manage my mental issues,My religious path is a "way of Life",not good only on one day of the week.I've takened a 2 yr study course of NA Shamanism and I've become a Certified Shamanic Teacher.I'm in service of others and not of myself,I wish to teach other inmates this great NA shamanic path of Peace,harmony,& balance to those who wish to walk it and if they truely do thay will not come back to prison once they are released to the world.The world of self distruction and chaos is over with me,1'll remain on my meds for the rest of my life,I'm proof that being on the right meds can help and change a person like me,IF TDCJ would have had me on the right meds or not cut me off what meds I was on the 2000 situation would never have happened..

Some other reasons I want out for is to be able to call my mom who's dieing once a week tell her passing and I'm prepared for that event too I'm not going to go crazy of it,I know all about death,its a great thing,I know because I died for 7 min.went to the other side and came back and able to talk about it,its another thing that changed my life!!!I also wish to have access to the Chaplaincy chapal also I wish to be apart of NA ceremonies.I wish to learn and grow in my faith and This can only happen if I'm let out of Seg.Please give me this chance..

I don't know what else I can say about myself because ACTIONS speak louder than words and my great record speak a lot.I know you may have to talk to someone higher tnan you about me but I ask you to please share all this information with them.There is a time that I have to be let out of seg and my situation now will be the same then so there's really NO REASON To prolong my stay in Seg.I've done my best to prove myself to the system, ~~I'm ready in mind,spirit and body to~~ I'm ready in mind,spirit and body to be back in G.P.(Gen.Population)I really don't need a program ~~...~~..

According to my griev.#201900561,it states that UCC can infact ship me to a unit that has both Admin Seg.and native American services.If I'm not let out of seg can you please send me to such a unit??As of now my religious rights are being violated because I'm not allowed to fully practice my religion like my NA brothers get too. I need access to a Contracted NA Chaplain to obtain my Herbal Mixture, only that kind of Chaplain are allowed to give these Herbs to me...

May The Great
Spirit Bless you..





## Texas Department of Criminal Justice

# STEP 2   OFFENDER GRIEVANCE FORM

APR 1 0 2019

**OFFICE USE ONLY**

Grievance # 2019041882

UGI Recd Date: JAN 07 2019

HQ Recd Date: JAN 1 1 2019

Date Due: 2-16

Grievance Code: 202

Investigator ID#: 10742

Extension Date: 3-28

**Offender Name:** Richardson, Robert          **TDCJ #** 468111

**Unit:** JA          **Housing Assignment:** ECB/HS - B - 116

**Unit where incident occurred:** JA

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*
the response does not pertain to my rights being violated,the response only states what happened
to me which was already known from what I wrote on my step 1,they did NOT agree nor disagree
about claims.they also contradict what they wrote in Grievance #2018183184 where they stated the
unit Capt.can recommend to classification to be shipped to another unit which if I was shipped
to a Native American service unit that had Admin.Seg.would have fixed my religious rights violatic
I had requested to be shipped in my statement I gave the SCC oficials.but that would leave the
violation of my rights against Cruel and Unusual Punishment.I ask you to please take actions so
my rights are not violated anymore.Thank you for your valuable time and assistance..

---

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

**Offender Signature:** _[signature]_                      **Date:** 1-7-19

**Grievance Response:**

An investigation has been conducted into your complaint. Records indicate that you have been accepted into the Texas Department of Criminal Justice (TDCJ) Mental Health Therapeutic Diversion Program (MHTDP) and reassigned to the Hughes Unit. No further action warranted by this office.

**Offender Signature:** _____   **Date:** _____

**Grievance Response:**

**Signature Authority:** _[signature]_   M. BLALOCK   **Date:** 2-28-19

| Returned because:   *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| ☑ 1. Grievable time period has expired. | Initial Submission _____ CGO Initials: _____ |
| ☐ 2. Illegible/Incomprehensible.* | Date UGI Rec'd: _____ |
| ☐ 3. Originals not submitted. * | Date CGO Rec'd: _____ |
| ☐ 4. Inappropriate/Excessive attachments.* | (check one) ____ Screened ____ Improperly Submitted |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | Comments: _____ |
| ☐ 6. Inappropriate.* | Date Returned to Offender: _____ |
| | 2nd Submission _____ CGO Initials: _____ |
| | Date UGI Rec'd: _____ |

**CGO Staff Signature:** _____

**I-128 Back** (Revised 11-2010)                                    **Appendix G**

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT EDWARD RICHARDSON,ET.,AL.,
     Plaintiff,

     v.                §         DECLARATION OF

LORIE DAVIS,TDCJ DIRECTOR     §     ROBERT EDWARD RICHARDSON #468111
     Defendant           §     Civil Action No.#

     I ROBERT E.RICHARDSON # 468111 Hereby declares; In Jan.2019 I was takened out of Administrative Segregation and placed in TDCJ Mental Health Therapeutic Diversion Program (MHTDP)which is"Chronically Mentally Ill-Sheltered Housing(CMI-SH)"Which in itself a BIG mis-deceptional program to deceive the courts and public as something different from Admin. Seg.I was tricked into signing up in the program with lies and mis-information.I was told apond completetion of the program I would be let back out into General Population(GP).This is not a forsure thing to take place,Its just like Amin.Seg.,they might release you back into GP,but they don't "HAVE TO"do this.I know I was placed in seg for a serious reason(see the INMATE REQUEST TO OFFICIAL on pg.3,4 of #E.)but this was almost 20 yrs ago now and my current great behavior for over 13 yrs now without a disciplinary(Major)Case demonstrates that I'm no longer a threat to myself or anyone or to the functions of TDCJ.I should have been released from Admin.Seg years ago but TDCJ Wishes to inflict long term punishment against me.I have spent almost a year in this program and have completed it and I know TDCJ still will not let me out back into GP.like I was told I wouold be..

     I wish to bring to light some facts about this program,the **ONLY** difference between this program and Admin.Seg. is 2 things,one we can see T.V. and 2nd is we all are allowed to go to group therapary once a week and even then they handcuff both arms to a table/chair and place leg irions on us.We are handcuffed every where we go.We're in a cell by ourselves 22 to 23 hours aday ,so its really still like Admin.,Seg!!I do not like this program just like I don't like Seg.I'm not allowed to practice my NA/shamanic religion like my fellow brothers in GP get to,I'm being denied access to the NA Chaplain here,I'm not allowed to attend religious Programmies for NA religion.I may have volenteered to be in the program but if I was to sign out of this program they have it so I would be in  CMI-SH Level O which is ev en worse than Seg and GP G5 status!!I've been coerced into staying in this..

     This is why I need the courts to force TDCJ to let me back out to GP safekeeping status. Because they will not do this on their own they've already been proving this to be true!!

     I was placed in Seg back in 2000 and had minor mental problems but seg broke my mind in 2006 where I had a major psychotic mental brake down,I've been on Anti-psychotic medications ever sence this and must remain on them for the rest of my life..This program and seg is hurting me not helping..I wish to be free of this punishment and be allowed to practice my religion like my brothers get to,this unit I'm on is one for NA inmates....

     Declare under penalty of perjury that the foregoing is true and correct.executed at A.Hughes Unit,Rt.2 Box 4400,Gatesville,TX,76597 on Nov.24th,2019..

                             Robert Richardson#468111

ROBERT WHITEOWL RICHARDSON #463111
A HUGHES UNIT, RT 2 BOX 4400
GATESVILLE TX 76597

1370 0002 3704 1992



United States Courts
Southern District of Texas
FILED
DEC 13 2019
David J. Bradley, Clerk of Court

To: U.S. DIST, SOUTHERN DIST.
P.O. Box 61010
HOUSTON TX
77208-1010

(LEGAL MAIL)